

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

| | |
|---|---|
| Cause number: | 01-14-00540-CV |
| Style: | Clifton Jerry Francis, Jr. |
| | **v.** Adrian Garcia, Sheriff, Harris County Sheriff Office, and Harris County, Texas |
| Date motion filed[*]: | April 16, 2015 |
| Type of motion: | Request for extension of time to file brief |
| Party filing motion: | Appellant |
| Document to be filed: | Appellant's brief |

Is appeal accelerated?    No

If motion to extend time:

| | |
|---|---|
| Original due date: | March 12, 2015 |
| Number of previous extensions granted: | Current Due date: April 6, 2015 |
| Date Requested: | 45 days |

Ordered that motion is:

☑    Granted in part

  If document is to be filed, document due: **30 days from date of this order**

  ☐ The Court will not grant additional motions to extend time.

☐    Denied

☑    Dismissed in part

☐    Other: _____

  To the extent that appellant requests an extension of time to file his appellant's brief, we grant the motion.
  **Appellant's brief is due to filed no later than 30 days from the date of this order.**
  To the extent that appellant requests additional relief of an order to issue "to TDCJ," we dismiss the request.

Judge's signature:  /s/ Russell Lloyd
                    ☑ Acting individually    ☐ Acting for the Court

Panel consists of  _____

Date:  May 7, 2015